# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

**Debtor:** JEFFERY D & LORRAE L VILES
**Case Number:** 0:12-bk-24390-EPB  **Chapter:** 7
**Date / Time / Room:** WEDNESDAY, MAY 08, 2013 10:00 AM  BULLHEAD
**Bankruptcy Judge:** REDFIELD T. BAUM
**Courtroom Clerk:** LORRAINE DAVIS
**Reporter / ECR:** ANNETTE AGUILAR

## Matter:

REAFFIRMATION AGREEMENT WITH CAPITAL ONE
R / M #:  26 / 0

## Appearances:

JEFFERY & LORRAE VILES, DEBTORS

## Proceedings:

The court reviews the legal and practical affects of a reaffirmation agreement with the debtors.

COURT: IT IS ORDERED vacating this hearing subject to call.

Case 0:12-bk-24390-EPB    Doc 34    Filed 05/08/13    Entered 05/09/13 09:17:34    Desc
Main Document    Page 1 of 1